BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS
JUL 11 2018
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

ORIGINAL

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LONNIE EARL PARLOR,<br><br>Defendant. | Case No. CR 18-0203-S BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(d)<br>18 U.S.C. § 924(e)<br>28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT ONE

**Unlawful Possession of Firearms**
**18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(e)**

On or about April 24, 2018, in the District of Idaho, the defendant, LONNIE EARL

PARLOR, having been previously convicted of a crime punishable by imprisonment for a term

exceeding one year, to-wit: Aggravated Battery, in violation of Idaho Code § 18-903, and § 18-

Indictment - 1

907, on January 1, 2013, in the District Court of the Fourth Judicial District of the State of Idaho, in and for Ada County, did knowingly possess in and affecting commerce firearms, to-wit: a Winchester, Model 1300 Defender, 12 gauge shotgun, bearing serial number L3608992; a Bushmaster, Model XM15-E2S, 5.56 NATO rifle, bearing serial number L385267; said firearms having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## CRIMINAL FORFEITURE ALLEGATION

### Firearm Forfeiture
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

As a result of the violations of Title 18, United States Code, Sections 922(g)(1), set forth in Count One of this Indictment, the defendant, LONNIE EARL PARLOR, shall forfeit to the United States, any firearms involved in or used in the commission of the offense, including but not limited to the following:

Personal Property:

A. Winchester, Model 1300 Defender, 12 gauge shotgun, bearing serial number L3608992;

B. Bushmaster, Model XM15-E2S, 5.56 NATO rifle, bearing serial number L385267;

C. Seventeen (17) 12 gauge shotgun shells; and

D. Twenty-nine (29) rounds of .223 caliber ammunition.

**Substitute Assets:**

Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 10 day of July, 2018.

A TRUE BILL

*/s/ [signature on reverse]*
_____
Foreperson

BART M. DAVIS
United States Attorney
By:

_____
Katherine L. Horwitz
Assistant United States Attorney