UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>LONNIE EARL PARLOR,<br><br>                Defendant. | Case No. 1:18-cr-203-BLW<br><br>**ORDER APPOINTING CJA COUNSEL** |

Because the above-named has testified under oath or has otherwise satisfied the court that he is financially unable to employ counsel and do not wish to waive counsel, and because the interests of justice so require,

IT IS HEREBY ORDERED that Katherine C. Ball, CJA attorney for the District of Idaho is appointed to represent this defendant in these proceedings.

DATED: August 1, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1