# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

**(X) Motion hearing**

U.S. District Judge: B. Lynn Winmill         Date: August 23, 2019
Deputy Clerk: Sunny Trumbull                 Time: 2:11 – 2:33 p.m.
Court Reporter: Tammy Hohenleiter            Boise, Idaho

## UNITED STATES OF AMERICA vs. LONNIE EARL PARLOR
### Case #1:18-cr-203-BLW-1

Counsel for:  Defendant: L Craig Atkinson, CJA counsel

The Court noted this matter is now set for hearing on the Defendant's Motion to Withdraw, dkt #45.

Argument presented to the Court by the defendant and counsel.

The Court denied the motion to withdraw.

Defendant remanded to the custody of the U.S. Marshals Service.