CRIMINAL PROCEEDINGS - **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill  Date: November 19, 2019
Case No. 1:18-cr-203  Deputy Clerk: Jamie Bracke
Place: Boise  Reporter: Tammy Hohenleitner
 Time: 1:33 – 2:29 p.m.

UNITED STATES OF AMERICA vs LONNIE EARL PARLOR

Counsel for United States – Kate Horwitz
Counsel for Defendant – Craig Atkinson
Probation – Mike Cruser

(X)  The Court reviewed the case history.
(X)  Counsel made sentencing recommendations to the Court.
(X)  Defendant made remarks on his own behalf.
(X)  The Court overruled all objections to the Presentence Report.
(X)  The Court granted the Government's motion for 3rd point reduction for acceptance of responsibility.
(X)  Offense level 29. Criminal history category VI. Guideline range 121-151 months.
(X)  Maximum 10-year sentence.
(X)  The Court adopted the Presentence Report.
(X)  Court addressed 3553(a) factors.

SENTENCE: Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 120 months.

The defendant shall pay to the United States a special assessment of $100, which shall be due immediately.

The defendant shall pay to the United States a fine of $1,000, which shall be due immediately.

While in custody, the defendant shall submit nominal payments of not less than $25 per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $25 per month, unless further modified by the Court.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the Sentencing Recommendation (Dkt. 54).

The Court recommends that the defendant be credited with all time served in federal custody, that the defendant participate in the RDAP program, and that the defendant be placed in the facility at Lompoc, CA or Sheridan, OR.

(X)  Defendant advised of penalties for violation of terms and conditions of supervised release.

(X)  Right to appeal explained.

(X)  Defendant remanded to the custody of the United States Marshals Service.