L. Craig Atkinson, ISB 8125
*craig@craigatkinsonlaw.com*
ATKINSON LAW OFFICE, PLLC
1087 W. River St., Suite 290
Boise, Idaho 83702
(208) 571-0627 (office)
(208) 898-8881 (facsimile)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LONNIE PARLOR, Defendant. | Case No.  1:18-CR-203-BLW NOTICE OF APPEAL |

TO:   CLERK OF THE COURT, UNITED STATES NINTH CIRCUIT COURT OF APPEALS
      KATE HORWITZ, ASSISTANT UNITED STATES ATTORNEY

Notice is hereby given that the Defendant, Lonnie Parlor, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on November 20, 2019. Defendant appeared before the District Court, with his court appointed CJA attorney, on November 19, 2019 for sentencing hearing. The undersigned counsel represented the Defendant at the sentencing hearing. Defendant's financial statutes has not changed since CJA counsel was appointed and warrants continued representation by court appointed counsel. Defendant's current counsel seeks to withdraw as counsel of record and have the case assigned to the Federal Defender's Office, or other CJA counsel to handle the appeal.

Dated: November 21, 2019

__/s/_____
L. Craig Atkinson
Atkinson Law Office
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY That on the 21st day of November, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Kate Horwitz, Assistant US Attorney
Office of the United States Attorney
Washington Group Plaza, IV
800 Park Blvd., Suite 600
Boise, Idaho 83712
KHorwitz@usa.dog.gov

            /s/_____
            L. Craig Atkinson