L. Craig Atkinson, ISB 8125
*craig@craigatkinsonlaw.com*
ATKINSON LAW OFFICE, PLLC
1087 W. River St., Suite 290
Boise, Idaho 83702
(208) 571-0627 (office)
(208) 898-8881 (facsimile)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>LONNIE PARLOR,<br><br>    Defendant-Appellant. | Case No.  1:18-CR-203-BLW<br><br>MOTION TO WITHDRAW AND DEFENDANT-APPELLANT'S MOTION FOR SUBSTITUTE COUNSEL |

  Counsel for Defendant-Appellant, Lonnie Parlor, hereby moves this Court to permit his withdrawal and to appoint substitute counsel under the Criminal Justice Act to represent Mr. Parlor in his appeal.  This motion is based on the previously filed form CJA 23.

          Dated: November 21, 2019

          __/s/_____
          L. Craig Atkinson
          Atkinson Law Office
          Attorney for Defendant

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY That on the 21st day of November, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Kate Horwitz, Assistant US Attorney
Office of the United States Attorney
Washington Group Plaza, IV
800 Park Blvd., Suite 600
Boise, Idaho 83712
KHorwitz@usa.dog.gov

/s/
_____
L. Craig Atkinson