UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>LONNIE EARL PARLOR,<br><br>Defendant. | Case No. 1:18-cr-00203-BLW<br>USCA No. 19-30269<br><br>**ORDER APPOINTING CJA COUNSEL** |

IT IS HEREBY ORDERED that Craig Durham, CJA attorney for the District of Idaho is appointed to represent this defendant in the proceedings before the United States Court of Appeal for the Ninth Circuit.

DATED: **November 25, 2019**

B. Lynn Winmill
United States District Judge

ORDER –